IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

UNITED STATES OF AMERICA                                               PLAINTIFF

v.                              Case No. 3:13-CR-30006

ERICK LOPEZ-ROBLES                                                     DEFENDANT

**O R D E R**

On July 23, 2013, the United States probation officer disclosed the initial presentence investigation report of Defendant Erick Lopez-Robles to the United States Attorney and counsel for Defendant, pursuant to Federal Rule of Criminal Procedure 32. Included as an attachment to that report was a document entitled "Defense Counsel Instruction Sheet," which provided the local procedure for presentence reports, including the proper procedure for objecting to the report. The instructions clearly advise counsel that "[o]bjections must specifically identify the language in the report being objected to and must state precisely the basis of the objections." Furthermore, "[o]bjections not previously raised with the probation officer may be raised at the sentencing hearing only for good cause shown."

A revised presentence report, which included an addendum describing each party's objections and the probation officer's response thereto, was filed on August 22, 2013. In Defendant's third objection, he "recognizes factual mistakes or disputes the validity of many" facts contained in the report, but comments that "[i]t would waste resources for all parties involved" to describe each objection with the requisite specificity. He therefore asks the Court to allow him to reserve the right to contest the factual accuracy of any paragraph in the report at sentencing.

The Court denies Defendant's request. The fact that Defendant may object to many facts in the report is not "good cause" to raise such objections for the first time at the sentencing hearing.

Defendant has failed to show good cause as to why he should be allowed to raise any unspecified objections at sentencing and Defendant's third objection fails to state any objection with the requisite particularity. In the interest of justice, the Court will allow Defendant until Monday, August 30th, 2013 to file any objections to specific factual matter, as referenced in his third objection; all such objections must comply with the previously provided Defense Counsel Instruction Sheet. Failure to comply with the instructions or object will be deemed an admission of the factual accuracy of the report. According to procedure, the probation officer will then have 16 calendar days to review any objections and, if necessary, revise the report.

IT IS SO ORDERED this 22nd day of August, 2013.

/s/P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE